FILED & ENTERED

APR 09 2018

CLERK U.S. BANKRUPTCY COURT
Central District of California
BY Gonzalez DEPUTY CLERK

# UNITED STATES BANKRUPTCY COURT

# CENTRAL DISTRICT OF CALIFORNIA

# SAN FERNANDO VALLEY DIVISION

| | |
|---|---|
| In re:<br><br>Solyman Yashouafar<br><br>Debtor(s).<br><br>David K. Gottlieb<br><br>Plaintiff(s),<br><br>v.<br><br>Parinaz Yashouafar<br><br>Defendant(s). | CHAPTER 11<br><br>Case No.: 1:16-bk-12255-GM<br>Adv No:  1:17-ap-01050-GM<br><br>**ORDER ON TRUSTEE'S MOTION FOR SUMMARY JUDGMENT**<br><br>Date:     February 13, 2018<br>Time:    10:00 AM<br>Courtroom: 303 |

On May 12, 2017, David Gottlieb ("Trustee"), the Trustee in the case of Massoud Yashouafar , filed this complaint against Parinaz Yashouafar, Massoud Yashouafar's wife, as the trustee for the JCBL Trust U/D/T 1/11/00. The complaint seeks to recover the assets in the Trust as property of Massoud Yashouafar's bankruptcy estate.  On December 12, 2017, the Trustee filed his motion for summary judgment, which was

-1-

1 | opposed by Parinaz Yashouafar.

2 |     Pursuant to the Memorandum of Opinion entered simultaneously herewith, the Court grants summary judgment to the Trustee as to 50 percent of the assets of the JCBL Trust and grants summary judgment to Parinaz Yashouafar as to 50 percent of the assets of the JCBL Trust. The JCBL Trust itself remains the separate property of Parinaz Yashouafar.

    The status conference set for May 1, 2018 is off calendar.

\###

Date: April 9, 2018

_Geraldine Mund_
Geraldine Mund
United States Bankruptcy Judge