1 | Jeremy V. Richards (CA Bar No. 102300)
John W. Lucas (CA Bar No. 271038)
2 | PACHULSKI STANG ZIEHL & JONES LLP
10100 Santa Monica Blvd., 13th Floor
3 | Los Angeles, CA  90067
Telephone:  310/277-6910
4 | Facsimile:   310/201-0760
E-mail:      jrichards@pszjlaw.com
5 |            jlucas@pszjlaw.com

6 | Attorneys for Plaintiff David K. Gottlieb,
Chapter 11 Trustee of the Estates of Solyman
7 | Yashouafar and Massoud Aaron Yashouafar

**FILED & ENTERED**

**JUN 25 2018**

**CLERK U.S. BANKRUPTCY COURT**
**Central District of California**
**BY Gonzalez DEPUTY CLERK**

**CHANGES MADE BY COURT**

8 |
**UNITED STATES BANKRUPTCY COURT**
**CENTRAL DISTRICT OF CALIFORNIA**
9 |
**SAN FERNANDO VALLEY DIVISION**

10

| | |
|---|---|
| 11  In re: | Case No.: 1:16-bk-12255-GM |
| 12  SOLYMAN YASHOUAFAR and MASSOUD AARON YASHOUAFAR,[1] | Chapter 11 Jointly Administered |
| 13                          Debtors. | |
| 14  In re: | Case No.: 1:16-bk-12255-GM Chapter 11 |
| 15  SOLYMAN YASHOUAFAR,                          Debtor. | |
| 16  In re: | Case No.: 1:16-bk-12408-GM Chapter 11 |
| 17  MASSOUD AARON YASHOUAFAR,                          Debtor. | |
| 18  Affects: ☐ Both Debtors ☐ Solyman Yashouafar ☑ Massoud Aaron Yashouafar | |
| 19 | |
| 20 | |
| 21  DAVID K. GOTTLIEB, as Chapter 11 Trustee for Massoud Aaron Yashouafar and Solyman Yashouafar, | Adversary No.:  1:17-ap-01050-GM |
| 22 | **AMENDED ORDER DIRECTING PAYMENT PURSUANT TO SUMMARY JUDGMENT ORDER AND PROVIDING FOR DISMISSAL OF ACTION WITH PREJUDICE** |
| 23                          Plaintiff, | |
| 24  v. | |
| 25  PARINAZ YASHOUAFAR, trustee for the JCBL Trust U/D/T 1/11/00, | |
| 26                          Defendant. | |
| 27 | |

_____

28 | [1]  The Debtors, together with the last four digits of each Debtor's social security number are:  Solyman Yashouafar (5875) and Massoud Aaron Yashouafar (6590).

PACHULSKI STANG ZIEHL & JONES LLP
ATTORNEYS AT LAW
LOS ANGELES, CALIFORNIA

1    Upon the Court having issued its Memorandum of Opinion [Docket No. 41] and its Order

2  (the "Summary Judgment Order") [Docket No. 42] on the *Motion of David K. Gottlieb, Chapter 11*

3  *Trustee, for Summary Judgment on All Claims for Relief Against Defendant* [Docket No. 24] (the

4  "Motion"), filed by Plaintiff David K. Gottlieb, as Chapter 11 Trustee ("Plaintiff" or the "Trustee")

5  for Massoud Yashouafar ("Massoud" or the "Debtor") and Solyman Yashouafar ("Solyman" and

6  together with Massoud, the "Debtors") filed in the above-captioned adversary proceeding (the

7  "Action"), and based upon the record in the Action, and good cause appearing for the relief set forth

8  herein,

9    IT IS HEREBY ORDERED that

10    1.    Consistent with and to implement the Summary Judgment Order, Defendant, as

11        trustee for the JCBL Trust U/D/T 1/11/00 (the "JCBL Trust"), is ordered to cause the

12        JCBL Trust to directly remit to Plaintiff payment in cash in the amount of

13        $216,466.00 (the "Payment") from funds in the Designated Account, as that term is

14        defined in the *Stipulation by and Between: Trustee; Debtors; JCBL Trust; S&R*

15        *Equities, LP; and Madison Equities, LP Regarding Disposition of Net Proceeds From*

16        *Sale of Property Commonly Known As Sky Las Vegas* [Docket No. 200] (the

17        "Stipulation") and Order [Docket No. 243] approving the Stipulation, which

18        represents the community property interest in the JCBL Trust (net of certain liabilities

19        and costs), within three (3) business days after entry of this Amended Order.

20    2.    The remaining assets of the JCBL Trust are not a property of the bankruptcy estate,

21        nor are the remaining assets in the JCBL Trust the subject of an avoidable transfer.

22        Accordingly, the remaining proceeds in the Designated Account are to be remitted to

23        Parinaz Yashouafar.

24    3.    Pursuant to the Stipulation [Docket No. 200] and Order [Docket No. 243], Pacific

25        Western Bank ("PWB") was directed to block access to the Designated Account

26        holding the proceeds from the sale of the property commonly known as Sky Las

27        Vegas. PWB is authorized and directed to provide access to such blocked account so

28        that PWB and JCBL Trust can carry out the terms of this Amended Order.

PACHULSKI STANG ZIEHL & JONES LLP
ATTORNEYS AT LAW
LOS ANGELES, CALIFORNIA

DOCS_LA:315035.1 32274/001

2

4.    Upon and after the Trustee's receipt of the Payment, (i) Trustee's counsel shall file with the Court a declaration that such Payment was received (the "Counsel Declaration"), and (ii) Plaintiff, Defendant and the JCBL Trust shall be deemed to have waived any and all rights to appeal the Summary Judgment Order, this Amended Order, or any other order, ruling, judgment or decree in the Action.

5.    Upon the filing of the Counsel Declaration, the Action shall be dismissed WITH PREJUDICE without any further action by Plaintiff or Defendant.

# # #

Date: June 25, 2018

Geraldine Mund
United States Bankruptcy Judge

PACHULSKI STANG ZIEHL & JONES LLP
ATTORNEYS AT LAW
LOS ANGELES, CALIFORNIA