John W. Lucas (CA Bar No. 271038)
PACHULSKI STANG ZIEHL & JONES LLP
10100 Santa Monica Blvd., 13th Floor
Los Angeles, CA 90067
Telephone: 310/277-6910
Facsimile: 310/201-0760
E-mail:   jrichards@pszjlaw.com
          jlucas@pszjlaw.com

Attorneys for David K. Gottlieb, Chapter 7 Trustee of the Estates of Solyman Yashouafar and Massoud Aaron Yashouafar

# UNITED STATES BANKRUPTCY COURT

# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| In re:<br><br>SOLYMAN YASHOUAFAR and MASSOUD AARON YASHOUAFAR,[1]<br><br>Debtors. | Bankr. Case No.: 1:16-bk-12255-GM<br><br>Chapter 7 |
| DAVID K. GOTTLIEB,<br><br>Plaintiff,<br><br>v.<br><br>PARINAZ YASHOUAFAR, trustee for the JCBL Trust U/D/T 1/11/00,,<br><br>Defendant. | Adversary Case No.: 1:17-ap-01050-GM<br><br>**DECLARATION OF COMPLIANCE BY DAVID K. GOTTLIEB, CHAPTER 7 TRUSTEE** |

1.    I am the chapter 7 Trustee of the estates of Solyman Yashouafar and Massoud Aaron Yashouafar (the "**Trustee**") in the above-captioned bankruptcy cases.

2.    On June 25, 2018, the Court entered the *Amended Order Directing Payment Pursuant to Summary Judgment Order and Providing for Dismissal of Action With Prejudice* [Adv. Docket No. 50] (the "**Order**").

---

[1] The Debtors, together with the last four digits of each Debtor's social security number are: Solyman Yashouafar (5875) and Massoud Aaron Yashouafar (6590).

**DECLARATION OF COMPLIANCE**

DOCS_SF:108673.1 32274/002

3. Per the terms of the Order, the Defendant in the above-captioned adversary proceeding was required to cause the JCBL Trust to directly remit to me, as the then chapter 11 trustee, payment in the amount of $216,466.00 (the "**Payment**").

4. On or about June 29, 2018, the Payment was received at my office in the form of a check, which was cashed and allocated between the estates on the one hand and the Abselet creditors on the other hand per the terms of the settlement reached in the main bankruptcy case.

5. It is my understanding that the above-captioned adversary proceeding has been fully administered and there are no un-performed obligations on behalf of the Plaintiff or the Defendant.

6. The foregoing is within my personal knowledge and if called as a witness in this matter I could and would competently testify thereto.

I declare under penalty of perjury of the laws of the United States of America that the foregoing is true and correct and that this declaration was executed on March 27, 2023, at Woodland Hills, California.

By _____
David K. Gottlieb
Chapter 7 Trustee

**DECLARATION OF COMPLIANCE**

DOCS_SF:108673.1 32274/002