1  Jeremy V. Richards (CA Bar No. 102300)
   John W. Lucas (CA Bar No. 271038)
2  PACHULSKI STANG ZIEHL & JONES LLP
   10100 Santa Monica Blvd., 13th Floor
3  Los Angeles, CA  90067
   Telephone: 310/277-6910
4  Facsimile: 310/201-0760
   E-mail:  jrichards@pszjlaw.com
5          jlucas@pszjlaw.com

6  Proposed Attorneys for David K. Gottlieb, Chapter 11 Trustee

7

8                    **UNITED STATES BANKRUPTCY COURT**

9                     **CENTRAL DISTRICT OF CALIFORNIA**

10                    **SAN FERNANDO VALLEY DIVISION**

11 In re:                                    Case No.: 1:16-bk-12255-GM

12 SOLYMAN YASHOUAFAR,                        Chapter 11

13                 Debtor.                    **CHAPTER 11 TRUSTEE'S
                                              APPLICATION TO EMPLOY
14                                            PACHULSKI STANG ZIEHL & JONES
                                              LLP AS GENERAL BANKRUPTCY
15                                            COUNSEL EFFECTIVE SEPTEMBER 16,
                                              2016; DECLARATION OF JEREMY V.
16                                            RICHARDS IN SUPPORT THEREOF**

17

18        David K. Gottlieb, the duly appointed chapter 11 trustee (the "Trustee") in the above-

19 captioned bankruptcy case (the "Case") of Solyman Yashouafar, hereby files this application (the

20 "Application") to employ Pachulski Stang Ziehl & Jones LLP ("PSZJ") as general bankruptcy

21 counsel to the Trustee in this Case,[1] effective as of September 16, 2016. This Application is brought

22 pursuant to section 327(a) of title 11 of the United States Code (the "Bankruptcy Code"), Federal

23 Rule of Bankruptcy Procedure 2014, and Local Bankruptcy Rule 2014-1. In support of the

24 Application, the Trustee respectfully represents as follows:

25

26

27

---

28 [1] Contemporaneously with the filing of this Application, the Trustee filed an application to retain PSZJ in Massoud
   Aaron Yashouafar's chapter 11 case [Case No. 16-12408]. The Trustee is seeking to have the cases jointly administered
   for procedural proposes.

DOCS_LA:301353.2 32274/001

PACHULSKI STANG ZIEHL & JONES LLP
ATTORNEYS AT LAW
LOS ANGELES, CALIFORNIA

**I.**

**BACKGROUND**

On August 3, 2016, petitioning creditors Fereydoun Dayani, Yona Samih, and N&S Investment, LLC c/o Sina Navidbakhsh (the "Petitioning Creditors"), filed an involuntary petition for relief under chapter 11 of title 11 of the United States Code (the "Bankruptcy Code") against Debtor Solyman Yashouafar ("S. Yashouafar"), bearing case number 16-12555-GM.

On September 9, 2016, the Petitioning Creditors and S. Yashouafar entered into a *Stipulation for Entry of Order for Relief and Appointment of Chapter 11 Trustee* [Docket No. 79], which stipulation was granted by Order entered on September 12, 2016 [Docket No. 82].

On September 16, 2016, the United States Trustee (the "UST") filed its *Notice of Appointment of Chapter 11 Trustee*, appointing David K. Gottlieb as Chapter 11 Trustee in S. Yashouafar's chapter 11 case [Docket No. 91].

On September 16, 2016, the UST filed an *Application for Order Approving Appointment of Trustee* [Docket No. 93], which application was granted by Order entered on September 16, 2016 [Docket No. 94]. On September 19, 2016, the Court entered an *Order for Relief and Order to File Schedules, Statements and Lists(s)* [Docket No. 97].

On September 30, 2016, the Trustee filed a *Motion for Order Directing Joint Administration of Related Cases Pursuant to Federal Rule of Bankruptcy Procedure 1015(B)* [Docket No. 134].

On August 3, 2016, the Petitioning Creditors filed an involuntary petition for relief under chapter 11 of title 11 of the Bankruptcy Code against debtor Massoud Aron Yashouafar ("M. Yashouafar" and together with S. Yashouafar, the "Debtors"), bearing case number 16-12408.

On September 9, 2016, the Petitioning Creditors and M. Yashouafar entered into a *Stipulation for Entry of Order for Relief Under Chapter 11 and Appointment of Chapter 11 Trustee* [Docket No. 92], which stipulation was granted by Order entered on September 20, 2016 [Docket No. 94].

On September 16, 2016, the UST filed its *Notice of Appointment of Chapter 11 Trustee*, appointing David K. Gottlieb as Chapter 11 Trustee in M. Yashouafar's chapter 11 case [Docket No. 104].

PACHULSKI STANG ZIEHL & JONES LLP
ATTORNEYS AT LAW
LOS ANGELES, CALIFORNIA

1    On September 16, 2016, the UST filed an *Application for Order Approving Appointment of*

2  *Trustee* [Docket No. 106], which application was granted by Order entered on September 20, 2016

3  [Docket No. 110]. On September 19, 2016, the Court entered an *Order for Relief and Order to File*

4  *Schedules, Statements and Lists(s)* [Docket No. 109].

5    On September 30, 2016, the Trustee filed a *Motion for Order Directing Joint Administration*

6  *of Related Cases Pursuant to Federal Rule of Bankruptcy Procedure 1015(B)* [Docket No. 148].

7    This is a core proceeding pursuant to 28 U.S.C. § 157(b)(2). The venue is proper pursuant to

8  28 U.S.C. § § 1408 and 1409.

9    **II.**

10    **RELIEF REQUESTED**

11    The Trustee seeks Court approval to retain PSZJ, effective as of September 16, 2016, to

12  provide the legal services to the Trustee that will be required to administer this Case. The Trustee

13  desires to retain PSZJ because of its particular expertise in the areas of insolvency, business

14  reorganization, and other debtor/creditor matters. PSZJ has served as general bankruptcy counsel to

15  chapter 7 and 11 trustees in many cases and to a wide range of debtors in various industries. In

16  addition, PSZJ has served as counsel to unsecured creditors' committees in numerous chapter 11

17  cases. PSZJ also has extensive experience in representing individual creditors, special interest

18  committees, asset purchasers and investors in both in and out of court restructurings. Copies of the

19  resumes of PSZJ's attorneys who are expected to be principally responsible for the Case are attached

20  to the Declaration of Jeremy V. Richards (the "Richards Declaration") as Exhibit A. PSZJ's depth of

21  experience in bankruptcy makes it well qualified to represent the Trustee. More information about

22  PSZJ is available at its website, www.pszjlaw.com. Therefore, the Trustee believes that PSZJ's

23  retention is in the best interest of the estate.

24    The Trustee desires to retain PSZJ, at the expense of the Estate, to undertake such tasks as

25  required by the Trustee, including, but not limited to, the following:

26    (a)    Advising the Trustee concerning the rights and remedies of the estate in regard to the

27  assets of the estate, and with respect to the secured, priority and unsecured claims of creditors;

28

PACHULSKI STANG ZIEHL & JONES LLP
ATTORNEYS AT LAW
LOS ANGELES, CALIFORNIA

PACHULSKI STANG ZIEHL & JONES LLP
ATTORNEYS AT LAW
LOS ANGELES, CALIFORNIA

1    (b)    Representing the Trustee in connection with financial and business matters, including

2    the sale of any assets;

3    (c)    Representing the Trustee in connection with investigation of potential causes of

4    action, and the litigation thereof if warranted and directed by the Trustee;

5    (d)    Investigating and prosecuting preference, fraudulent transfer and other actions, if any,

6    arising under the Trustee's avoiding powers;

7    (e)    Representing the Trustee in any proceeding or hearing in the Bankruptcy Court, and

8    in any action in other courts where the rights of the estate may be litigated or affected;

9    (f)    Conducting examinations of witnesses, claimants, or adverse parties and preparing

10    and assisting in the preparation of motions, applications, answers, orders, memoranda, reports and

11    papers, etc.;

12    (g)    Advising the Trustee concerning the requirements of the Bankruptcy Code and Rules

13    and the requirements of the Office of the United States Trustee relating to the administration of the

14    estate; and

15    (h)    Rendering such other advice and services as the Trustee may require in connection

16    with this Case.

17    **III.**

18    **DISINTERESTEDNESS**

19    To the best of the Trustee's knowledge and based upon the Richards Declaration attached

20    hereto, neither PSZJ nor any of its partners, of counsel, or associates has any connection with the

21    Debtors, any creditor of the estate, any party in interest, their respective attorneys or accountants, the

22    United States Trustee, or any person employed in the Office of the United States Trustee, except to

23    the extent set forth in the Richards Declaration.

24    In particular, the Richards Declaration discloses the following:

25    (a)    PSZJ has in the past represented the Trustee in his capacity as chapter 7 and 11

26    trustees in other cases wholly unrelated to this matter;

27    (b)    PSZJ represents many committees, whose members may be creditors in the Debtors'

28    chapter 11 case; however, PSZJ is not representing any of those entities in the Case and will not

1    represent any members of these committees in any claims that they may have collectively or

2    individually against the Debtors;

3         (c)    PSZJ may retain various professionals during the pendency of this Case, and the

4    Trustee may retain other professionals in the future. PSZJ has previously worked with and will

5    continue to work with certain of these professionals on various representations, at times representing

6    the same parties and at other times representing parties with similar interests or parties with adverse

7    interests; and

8         (d)    PSZJ and certain of its shareholders, counsel and associates may have in the past

9    represented, and may currently represent and will likely in the future represent creditors of the

10   Debtors in connection with matters unrelated to the Debtors and this Case. At this time, PSZJ is not

11   aware of any current representations in unrelated cases of parties who are creditors of the Debtors or

12   other parties on the conflicts list attached as Exhibit B to the Richards Declaration.

13        To the best of the Trustee's knowledge and based upon the Richards Declaration, neither

14   PSZJ nor any of its partners, of counsel, or associates is a creditor, equity security holder, or an

15   "insider" of the Debtors as that term is defined in section 101(31) of the Bankruptcy Code.

16        To the best of the Trustee's knowledge and based upon the Richards Declaration, neither

17   PSZJ nor any of its partners, of counsel, or associates is or was, within two years before the date of

18   the filing of the petition, a director, officer, or employee of the Debtors.

19        To the best of the Trustee's knowledge and based upon the Richards Declaration, neither

20   PSZJ nor any of its partners, of counsel, or associates has any interest materially adverse to the

21   interest of the estate or of any class of creditors or equity security holders, by reason of any direct or

22   indirect relationship to, connection with, or interest in the Debtors for any other reason. Accordingly,

23   PSZJ and its partners, of counsel, and associates are "disinterested persons" as that term is defined

24   and used in sections 101(14) and 327 of the Bankruptcy Code.

25                                            **IV.**

26                                     **COMPENSATION**

27        Subject to the provisions of the Bankruptcy Code, the Bankruptcy Rules and the Local

28   Bankruptcy Rules and this Court's rules, the Trustee proposes to pay PSZJ its customary hourly rates

PACHULSKI STANG ZIEHL & JONES LLP
ATTORNEYS AT LAW
LOS ANGELES, CALIFORNIA

1    in effect from time to time and to reimburse the Firm according to its customary reimbursement

2    policies. The attorneys currently expected to be principally responsible for the Case, and their

3    respective hourly rates effective as of January 1, 2016, are as follows:  Jeremy V. Richards ($995);

4    John W. Lucas ($675). The hourly rate for Beth Dassa, the paralegal assigned to the Case, is $325.

5    The hourly rates of all of the Firm's attorneys and paraprofessionals are attached to the Richards

6    Declaration as Exhibit C.

7        PSZJ proposes that the fees and expenses incurred will be charged to the estates of Solyman

8    Yashouafar and Massoud Aaron Yashouafar on a joint and several basis.  The Trustee and PSZJ

9    believe that this is warranted because substantially all of the assets of both debtors are co-owned

10    either directly or indirectly and they have a common core group of creditors relating to the same

11    universe of assets. However, in the event the Trustee or PSZJ undertakes services that relate solely to

12    either Solyman Yashouafar or Massoud Aaron Yashouafar, they will attribute such fees and

13    expenses arising from those services to the applicable debtors' estate. Regardless, categorized time

14    records will be maintained for all services.

15        The Firm has not received any retainer in contemplation of its proposed employment.

16    However, it is contemplated that the Firm will seek interim compensation during the Case as

17    permitted by sections 330 and 331 of the Bankruptcy Code and Bankruptcy Rule 2016. The Firm

18    understands that its compensation in the Case is subject to the prior approval of this Court. No

19    compensation will be paid except upon application to and approval by this Court after notice and a

20    hearing in accordance with sections 330 and 331 of the Bankruptcy Code, Bankruptcy Rule 2016,

21    and Local Bankruptcy Rule 2016-1.

22        Pursuant to Local Bankruptcy Rule 2014-1(b)(4), a hearing is not required in connection with

23    the Application unless requested by the United States Trustee, a party in interest, or otherwise

24    ordered by the Court. Pursuant to Local Bankruptcy Rule 2014-1(b)(3), any response to the

25    Application and request for hearing must be in the form prescribed by Local Bankruptcy Rule 9013-

26    1(f) and must be filed with the Court and served upon the Trustee, its proposed counsel, and the

27    United States Trustee no later than fourteen (14) days from the date of service of notice of the filing

28    of the Application.

PACHULSKI STANG ZIEHL & JONES LLP
ATTORNEYS AT LAW
LOS ANGELES, CALIFORNIA

DOCS_LA:301353.2 32274/001                6

1       Notice of filing of this Application was provided to the office of the United States Trustee

2  and all parties who filed and served a request for special notice as of the date of service of the

3  Notice.

4       **WHEREFORE**, the Trustee requests that this Court approve the employment of Pachulski

5  Stang Ziehl & Jones LLP as general bankruptcy counsel, as of September 16, 2016, to render

6  services as described above, with compensation to be paid by the estate as an administrative expense

7  in such amounts as this Court may hereafter determine and allow.

8  Dated:  October10, 2016            Chapter 11 Trustee

9

10                      By: _____
                      David K. Gottlieb

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

PACHULSKI STANG ZIEHL & JONES LLP
ATTORNEYS AT LAW
LOS ANGELES, CALIFORNIA

DOCS_LA:301353.2 32274/001          7

## PROOF OF SERVICE OF DOCUMENT

I am over the age of 18 and not a party to this bankruptcy case or adversary proceeding. My business address is:
**10100 Santa Monica Boulevard, 13th Floor, Los Angeles, California  90067**

A true and correct copy of the foregoing document entitled (*specify*): **CHAPTER 11 TRUSTEE'S APPLICATION TO EMPLOY PACHULSKI STANG ZIEHL & JONES LLP AS GENERAL BANKRUPTCY COUNSEL EFFECTIVE SEPTEMBER 16, 2016; DECLARATION OF JEREMY V. RICHARDS IN SUPPORT THEREOF** will be served or was served (a) on the judge in chambers in the form and manner required by LBR 5005-2(d); and (b) in the manner stated below:

**1. TO BE SERVED BY THE COURT VIA NOTICE OF ELECTRONIC FILING (NEF):**  Pursuant to controlling General Orders and LBR, the foregoing document will be served by the court via NEF and hyperlink to the document. On (*date*) **October 11, 2016**, I checked the CM/ECF docket for this bankruptcy case or adversary proceeding and determined that the following persons are on the Electronic Mail Notice List to receive NEF transmission at the email addresses stated below:

☒   Service information continued on attached page

**2. SERVED BY UNITED STATES MAIL:**
On (*date*) **October 11, 2016**, I served the following persons and/or entities at the last known addresses in this bankruptcy case or adversary proceeding by placing a true and correct copy thereof in a sealed envelope in the United States mail, first class, postage prepaid, and addressed as follows. Listing the judge here constitutes a declaration that mailing to the judge <u>will be completed</u> no later than 24 hours after the document is filed.

Solyman Yashouafar
4633 White Oak Place
Encino, CA 91316

☒   Service information continued on attached page

**3. SERVED BY PERSONAL DELIVERY, OVERNIGHT MAIL, FACSIMILE TRANSMISSION OR EMAIL (state method for each person or entity served):**  Pursuant to F.R.Civ.P. 5 and/or controlling LBR, on (*date*) **October 11, 2016**, I served the following persons and/or entities by personal delivery, overnight mail service, or (for those who consented in writing to such service method), by facsimile transmission and/or email as follows. Listing the judge here constitutes a declaration that personal delivery on, or overnight mail to, the judge <u>will be completed</u> no later than 24 hours after the document is filed.

**VIA PERSONAL DELIVERY**
The Honorable Geraldine Mund
United States Bankruptcy Court
21041 Burbank Blvd., Suite 312, Courtroom 303,
Woodland Hills, CA 91367

☐   Service information continued on attached page

I declare under penalty of perjury under the laws of the United States that the foregoing is true and correct.

| October 11, 2016 | MYRA KULICK | /s/ Myra Kulick |
|---|---|---|
| *Date* | *Printed Name* | *Signature* |

DOCS_LA:301665.1 32274/001

**1. TO BE SERVED BY THE COURT VIA NOTICE OF ELECTRONIC FILING (NEF)**:

- *Larry G Ball    lball@hallestill.com, gjohnson@hallestill.com*
- *Carol Chow    carol.chow@ffslaw.com*
- *Henry S David    hdavid@davidfirm.com, hdavid@davidfirm.com*
- *Brian L Davidoff    bdavidoff@greenbergglusker.com, calendar@greenbergglusker.com;jking@greenbergglusker.com*
- *Fahim Farivar    ffarivar@bakerlaw.com, amcdow@bakerlaw.com,mdelaney@bakerlaw.com,sgaeta@bakerlaw.com*
- *Thomas M Geher    tmg@jmbm.com, bt@jmbm.com;fc3@jmbm.com;tmg@ecf.inforuptcy.com*
- *Mark E Goodfriend    markgoodfriend@yahoo.com*
- *David Keith Gottlieb (TR)    dkgtrustee@dkgallc.com, dgottlieb@ecf.epiqsystems.com,rjohnson@dkgallc.com,akuras@dkgallc.com*
- *Andrew V Jablon    ajablon@rpblaw.com, mlynch@rpblaw.com*
- *Robert B Kaplan    rbk@jmbm.com*
- *Matthew Kramer    mkramer@wwhgd.com, krodriguez@wwhgd.com*
- *John W Lucas    jlucas@pszjlaw.com, ocarpio@pszjlaw.com*
- *Ashley M McDow    amcdow@bakerlaw.com, mdelaney@bakerlaw.com;sgaeta@bakerlaw.com;rojeda@bakerlaw.com;ffarivar@bakerlaw.com*
- *Kevin Meek    kmeek@robinskaplan.com, kevinmeek32@gmail.com;kmeek@ecf.inforuptcy.com*
- *Keith C Owens    kowens@venable.com, bclark@venable.com;khoang@venable.com;DGIge@venable.com*
- *Jeremy V Richards    jrichards@pszjlaw.com, bdassa@pszjlaw.com;imorris@pszjlaw.com*
- *Ronald N Richards    ron@ronaldrichards.com, nick@ronaldrichards.com*
- *S Margaux Ross    margaux.ross@usdoj.gov*
- *Nico N Tabibi    nico@tabibilaw.com*
- *United States Trustee (SV)    ustpregion16.wh.ecf@usdoj.gov*
- *Howard J Weg    hweg@robinskaplan.com*

**2. SERVED BY UNITED STATES MAIL:**

***See attached Label Matrix***

---

This form is mandatory. It has been approved for use by the United States Bankruptcy Court for the Central District of California.

*June 2012*    **F 9013-3.1.PROOF.SERVICE**

DOCS_LA:301665.1 32274/001
DOCS_LA:301665.1 32274/001                    2

Label Matrix for local noticing
0973-1
Case 1:16-bk-12255-GM
Central District of California
San Fernando Valley
Tue Oct 11 11:51:39 PDT 2016

Employment Development Dept.
Bankruptcy Group MIC 92E
P. O. Box 826880
Sacramento, CA 94280-0001

Encino - 16661 Ventura Blvd Trust, a Delawar
c/o Keith C. Owens
Venable LLP
2049 Century Park East #2300
Los Angeles, CA 90067-3125

Franchise Tax Board
Bankruptcy Section MS: A-340
P. O. Box 2952
Sacramento, CA 95812-2952

Internal Revenue Service
PO Box 7346
Philadelphia, PA 19101-7346

L.A. County Tax Collector
Bankruptcy Unit
P.O. Box 54110
Los Angeles, CA 90054-0110

Los Angeles City Clerk
P.O. Box 53200
Los Angeles, CA 90053-0200

N&S Investment, LLC
18345 Ventura Blvd., Ste 500
Tarzana, CA 91356-4245

Securities & Exchange Commission
444 South Flower St., Suite 900
Los Angeles, CA 90071-2934

San Fernando Valley Division
21041 Burbank Blvd,
Woodland Hills, CA 91367-6606

AXA Equitable
Box 371459
Pittsburgh, PA 15250-7459

Andrews Davis, P.C
100 N Broadway, Ste. 3300
Oklahoma City, OK 73102-8831

Anthem Blue Cross
PO Box 54580
Los Angeles, CA 90054-0580

Ashley M. McDow
Baker & Hostetler LLP
11601 Wilshire Blvd. Ste. 1400
Los Angeles, CA 90025-1750

BB&T
c/o Peter J. Nugent
2711 North Haskell Ave. Ste. 1300
Lockbox 19
Dallas, TX 75204-2911

Babak Cohen / Bita Kohan
1216 Saltair Ave. #102
Los Angeles, CA 90025-1398

Bank of America
PO Box 15019
Wilmington, DE 19886-5019

California Bank & Trust (Bankcard Center)
PO Box 30833
Salt Lake City, UT 84130-0833

Camelia Kusuma
24150 Victory Blvd
Woodland Hills, CA 91367-1255

Capital One
PO Box 60599
City of Industry, CA 91716-0599

Chase Card Services
PO Box 94014
Palatine, IL 60094-4014

Chase Card Services (Southwest)
PO Box 94014
Palatine, IL 60094-4014

Chester Tower, LLC
PO Box 32428
Los Angeles, CA 90032-0428

Citicards
PO Box 689197
Des Moines, IA 50368-9197

City of Beverly Hills
455 North Rexford Drive
Beverly Hills, CA 90210-4817

DMARC  2007 CD5 Garden Street, LLC
Aires Law Firm
180 Newport Center Dr, Ste. 260
Newport Beach, CA 92660-0901

DMF Lighting
1118 E. 223rd St. Unit 1
Carson, CA 90745-4210

David Pourbaba
8271 Melrose Ave Ste. 200
Los Angeles, CA 90046-6826

Discover
PO Box 61033
Carol Stream, IL 60197-6103

ELI BENDAVID
1535 RUHLAND AVE
MANHATTAN BEACH CA 90266-7127

Edmond Lavi
5177 Avenida Hacienda
Tarzana, CA 91356-4224

Eli Javid Bendavid
6839 Kings Harbor Drive
Rancho Palos Verdes, CA 90275-4621

Elizabeth Sax
6355 Topanga Canyon Blvd. Ste# 255
Woodland Hills, CA 91367-2117

Fereydoun Dayani
18345 Ventura Blvd. Ste# 500
Tarzana, CA 91356-4245

Gregor Law Offices
2550 Fifth Avenue, Ste. 709
San Diego, CA 92103-6624

Hamid Ahmadi
6906 Rain Creek Parkway
Austin, TX 78759-7038

Hamid Joseph Nourmand
1801 Century Park East, Suite 1830
Los Angeles, CA 90067-2320

Henry David
The David Firm
617 W. 7th St. Ste. 702
Los Angeles, CA 90017-3853

Holthouse, Carlin & Van Trigt, LLP
11444 W. Olympic Blvd, 11th Floor
Los Angeles, CA 90064-1500

Howard L. Abselet
114 Pine Street
Port Jefferson Station, NY 11776-3161

Howard L. Abselet
c/o Henry S. David
The David Firm(R)
617 W. 7th St., Suite 702
Los Angeles, CA 90017-3853

Howard Weg
Robins Kaplan LLP
2049 Century Park East Ste. 3400
Los Angeles, CA 90067-3208

Iraj Zokai
1058 22nd Street
Santa Monica, CA 90403-4518

JCBL Trust
16661 Ventura Blvd Ste. 608
Encino, CA 91436-4831

Jay J. Fathi
235 1/2 Elm St.
Beverly Hills, CA 90212-4010

John Hancock Life Insurance Company
PO Box 894764
Los Angeles, CA 90189-4764

Keith Owens
Venable LLP
2049 Century Park East Ste. 2300
Los Angeles, CA 90067-3125

Kluger & Stein
16000 Ventura Blvd, Suite 1000
Encino, CA 91436-2762

Law Offices of Homan Taghdiri
1801 Century Park East, Ste. 830
Los Angeles, CA 90067-2336

Levene, Neale, Bender, Yoo & Brill
10250 Constellation Blvd, Suite 170
Los Angeles, CA 90067-6253

Marc Smith
Krane & Smith
16255 Ventura Blvd. Ste. 600
Encino, CA 91436-2311

Massoud Aaron Yashouafar
16661 Ventura Boulevard, Suite 600
Encino, CA 91436-1927

Mayer Makabi
10432 Eastborn Ave., Appt #205
Los Angeles, CA 90024-6188

Mehrdad Taghdiri
9744 Wilshire Blvd. Ste.306
Beverly Hills, CA 90212-1813

Mer Enterprises
P.O. Box 32428
Los Angeles, CA 90032-0428

Michael W. Vivoli
2550 Fifth Avenue, Ste.709
San Diego, CA 92103-6624

N&S Investments LLC
18345 Ventura Blvd. Ste.500
Tarzana, CA 91356-4245

Neiman Marcus
PO Box 5235
Carol Stream, IL 60197-5235

Neman Brothers and Asst
1525 S Broadway
Los Angeles, CA 90015-3030

Parvin Rabbani
133 North Willaman
Beverly Hills, CA 90211-2112

Philip Pournazarian
20722 Wells Drive
Woodland Hills, CA 91364-3437

Phillips 66 Co./SYNCB
PO Box 530942
Atlanta, GA 30353-0942

Raymond Yashouafar
16661 Ventura Blvd Ste. 608
Encino, CA 91436-4831

Ready Fresh
PO Box 856158
Louisville, KY40285-6158

Reliable Properties
6399 Wilshire Blvd., Ste. 604
Los Angeles, CA 90048-5709

Robert M. Heller
1880 Century Park East, Ste.615
Los Angeles, CA 90067-1622

Rodney Yashouafar
1033 Hilts Avenue
Los Angeles, CA 90024-3214

Simon Barlava
524 N. Alpine Dr.
Beverly Hills, CA 90210-3316

Sina Abselet
19 Doral Drive
Manhasset, NY 11030-3907

The Nimkoff Firm
28 Robert Circle
Syosset, NY 11791-3828

Thomas J. Weiss
Law Offices of Thomas J. Weiss
1925 Century Park East Ste. 2140
Los Angeles, CA 90067-2722

Time Warner Cable
PO Box 60074
City of Industry, CA 91716-0074

(p)US BANK
PO BOX 5229
CINCINNATI OH 45201-5229

US Bank
c/o Keith Owens
Venable LLP
2049 Century Park East Ste. 2300
Los Angeles, CA 90067-3125

Union Bank/First Bankcard (FNB Omaha U.B.)
PO Box 2557
Omaha, NE 68103-2557

United Mileage Plus (Chase Card Serv
PO Box 94014
Palatine, IL 60094-4014

United States Trustee (SV)
915 Wilshire Blvd, Suite 1850
Los Angeles, CA 90017-3560

Vivopools
825 S. Primrose Ave. Suite H
Monrovia, CA 91016-3413

World Real Estate Group
PO Box 15925
Beverly Hills, CA 90209-1925

Wraytec Security Services
4730 Walnut St.
Simi Valley, CA 93063-1440

Yahouda Yahoudai
10390 Wilshire Blvd. #1203
Los Angeles, CA 90024-6451

Yona Samih
11766 Wilshire Blvd, Ste. 260
Los Angeles, CA 90025-6573

Ziba Sarafian
18345 Ventura Blvd., Ste. 500
Tarzana, CA 91356-4245

David Keith Gottlieb (TR)
15233 Ventura Blvd, 9th Floor
Sherman Oaks, CA 91403-2250

Fereydoun Dayani
18345 Ventura Blvd Suite 500
Tarzana, CA 91356-4245

Howard L. Abselet
c/o Henry S. David
617 W. 7th St., Suite 702
Los Angeles, CA 90017-3853

Mark E Goodfriend
Law Offices of Mark E Goodfriend
16055 Ventrua Blvd
Encino, CA 91436-2610

Solyman Yashouafar
4633 White Oak Place
Encino, CA 91316-4336

The preferred mailing address (p) above has been substituted for the following entity/entities as so specified
by said entity/entities in a Notice of Address filed pursuant to 11 U.S.C. 342(f) and Fed.R.Bank.P. 2002 (g)(4).


US Bank
PO Box 790408
Saint Louis, MO 63179-0408



The following recipients may be/have been bypassed for notice due to an undeliverable (u) or duplicate (d) address.


(u)Courtesy NEF                      (u)PY Note Investors, LLC              (u)Van Nuys Plywood, LLC




(u)Danny Pakravan                    (u)Robert M. Heller, Esq.             (u)Solyman Yashouafar
                                                                           Encino, CA




(d)Yona Samih                        (u)the Registered Holders of CD 2006-CD3 U.S.    End of Label Matrix
11766 Wilshire Blvd Suite 260                                             Mailable recipients    87
Los Angeles, CA 90025-6573                                                Bypassed recipients     8
                                                                          Total                  95